ORIGINAL

LATHAM & WATKINS LLP
   Matthew B. Lehr (Bar No. 213139)
   Allon Stabinsky (Bar No. 197642)
   J. Joann Liao (Bar No. 227329)
135 Commonwealth Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

LATHAM & WATKINS LLP
   Daniel A. Beck (Bar No. 204496)
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

Attorneys for Plaintiff
Playtex Products, Inc.

BRIGHT & LORIG
   Patrick F. Bright (Bar No. 68709)
633 West 5th Street, Suite 3330
Los Angeles, CA 90071
Phone (213) 627-7774
Fax (213) 627-8508

Attorneys for Defendant
Munchkin, Inc.

FILED
CLERK, U.S. DISTRICT COURT
MAR 2 2 2005
CENTRAL DISTRICT OF CALIFORNIA
BY

Priority ____
Send ____
Enter ____
Closed ____
JS-5/JS-6 ____
JS-2/JS-3 ✓
Scan Only ____

LODGED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PLAYTEX PRODUCTS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MUNCHKIN, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. CV-05-1650-RGK(PLAx)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE PRELIMINARY INJUNCTION SCHEDULE**<br><br>Hon. R. Gary Klausner |

DOCKETED ON M
MAR 2 3 2005
BY ____ 005

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

JOINT STIPULAION AND PROTECTIVE ORDER RE
PRELIMINARY INJUNCTION SCHEDULE
Case No. CV-05-1650-RGK(PLAx)

1  WHEREAS, plaintiff Playtex Products Inc. ("Playtex") served the
2  complaint in the above-captioned action on Defendant Munchkin, Inc. (Munchkin)
3  on March 7, 2005;
4  WHEREAS, Playtex alleges that Munchkin is infringing Playtex's
5  U.S. Design Patent Nos. D476,849 and D497,512, and Playtex intends to file a
6  motion for preliminary injunction with the Court;
7  WHEREAS, the parties have met-and-conferred regarding a discovery
8  and briefing schedule in connection with Playtex's motion for preliminary
9  injunction;
10  NOW THEREFORE, the parties request the Court to order the
11  following stipulated schedule:
12  1. Munchkin will serve responses and produce documents in
13  response to Playtex's first set of document requests within twenty days after
14  service of the complaint;
15  2. Playtex will file and serve its preliminary injunction motion
16  within fourteen (14) days after Munchkin's document production;
17  3. Within seven (7) days of service of Playtex's preliminary
18  injunction motion, Munchkin will serve discovery requests limited to issues raised
19  in Playtex's motion. Playtex will respond to written discovery and produce
20  documents within twenty (20) days. During the twenty (20) day period following
21  service of Playtex's written discovery responses, Playtex will make its witnesses
22  available for deposition (where they reside) at a mutually convenient time;
23  4. Munchkin will file its opposition brief within twenty (20) days
24  from the last date upon which Playtex makes its witnesses available for deposition.
25  5. Within seven (7) days of service of Munchkin's opposition
26  brief, Playtex will serve discovery requests limited to issues raised in the
27  opposition. Munchkin will respond to written discovery and produce documents
28  within twenty (20) days. During the twenty (20) day period following service of

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SILICON VALLEY

2

JOINT STIPULAION AND PROTECTIVE ORDER RE
PRELIMINARY INJUNCTION SCHEDULE
Case No. CV-05-1650-RGK(PLAx)

1  Munchkin's written discovery responses, Munchkin will make its witnesses
2  available for deposition (where they reside) at a mutually convenient time.
3       6.   Playtex will file its reply brief within fourteen (14) days from
4  the last date upon which Munchkin makes its witnesses available for deposition.
5       7.   The Parties request that the hearing on Playtex's motion for
6  preliminary injunction be scheduled for the soonest available court date thereafter.

LATHAM & WATKINS LLP

By: _____
       For Allon Stabinsky
       Attorneys for Plaintiff
       Playtex Products, Inc.

BRIGHT & LORIG

By: _____
       Patrick F. Bright
       Attorneys for Defendant
       Munchkin, Inc.

Upon stipulation of the parties showing good cause therefore, IT IS HEREBY SO ORDERED.

MAR 2 2 2005     _____
                                                Hon. R. Gary Klausner
                                              United States District Court Judge

SV\449769.1

LATHAM&WATKINS
ATTORNEYS AT LAW
SILICON VALLEY

3

JOINT STIPULAION AND PROTECTIVE ORDER RE
PRELIMINARY INJUNCTION SCHEDULE
Case No. CV-05-1650-RGK(PLAx)

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 633 West Fifth Street, Suite 4000, Los Angeles, CA 90071-2007.

On **March 21, 2005**, I served the following document described as:

**JOINT STIPULATION AND [PROPOSED] ORDER RE PRELIMINARY INJUNCTION SCHEDULE**

by serving a true copy of the above-described document in the following manner:

## BY U.S. MAIL

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. I deposited in Latham & Watkins LLP' interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service:

> Patrick F Bright, Esq.
> Bright & Lorig
> 633 West Fifth Street
> Suite 3330
> Los Angeles, CA 90071

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **March 21, 2005**, at Los Angeles, California.

_____
PATTY BROWNSTEIN